# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR64

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| KEVIN CHRISTOPHER MAKERSON ) | |

**THIS MATTER** is before the Court on the Defendant's motion for reconsideration or, in the alternative, a notice of appeal filed December 1, 2008.

In his motion, the Defendant argues that instead of denying him an extension of time to file an appeal, the Court could have withdrawn the September 5, 2008, order denying his motion for reduction of sentence, "immediately reimposed the same Order and thus restart[ed] the ten (10) day process for noticing an appeal." **Defendant's Motion, at 1-2.** However, the Defendant cites no statutory authority or any Rule of Criminal Procedure that would permit the Court to do so nor does the Court know of such a procedure. The motion is denied.

2

**IT IS, THEREFORE, ORDERED** that Defendant's motion for reconsideration is hereby **DENIED**.

**IT IS FURTHER ORDERED** that, in accordance with Defendant's desired alternative, the Clerk shall construe the Defendant's motion as a notice of appeal of the Court's November 17, 2008, Order, and transmit same to the Fourth Circuit Court of Appeals.

Signed: December 9, 2008

Lacy H. Thornburg
United States District Judge