**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL  NO.  1:04CR64**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **KEVIN CHRISTOPHER MAKERSON** | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's second motion for reconsideration of the Court's prior Orders denying an extension of time in which to file an appeal.  *See* **Orders, filed November 17, 2008 and December 9, 2008.**

In this second motion for reconsideration, the Defendant provides a case from the Western District of Kentucky which involved a defendant who had filed a late notice of appeal and requested the Court to permit the late filing due to excusable neglect.  *See* **Order in *United States v. Rushin, attached to* Defendant's Motion, at 2 (citing *United States v. Thompson*, 82 F.3d 700, 702 (6th Cir. 1996)).**  In *Rushin*, however, the defendant had filed his notice of appeal after the normal ten-day period for

notices of appeal, but within the allowable 30-day extension period. *See*

*id.* **at 1 (explaining that under Federal Rule of Appellate Procedure 4,**

**if the Court finds excusable neglect, a defendant may have up to 40**

**days after entry of judgment in which to file his notice of appeal).**

In the instant case, however, as the Court has previously explained,

Defendant filed his notice of appeal 16 days after the 40-day period

expired. *See* **Order, filed November 17, 2008, at 2-3.** As the Court

noted, the Court lacks jurisdiction to extend the appeal period beyond the

confines of Federal Rule of Appellate Procedure 4. *Id.* **at 3 (citing** *United*

*States v. Alvarez*, **249 F. App'x 303, 304 (4th Cir. 2007)).**

**IT IS, THEREFORE, ORDERED** that Defendant's second motion for

reconsideration is hereby **DENIED**.

Signed: January 13, 2009

Lacy H. Thornburg
United States District Judge